UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHERYL WULTZ, et al.,

    *Plaintiffs,*

v.

THE CENTRAL BANK OF THE
ISLAMIC REPUBLIC OF IRAN, a/k/a
BANK MARKAZI, et al.,

    *Defendants.*

Civil Action No. 17-cv-02558-RCL

## ORDER TO SHOW CAUSE

A review of the Court's docket in this case indicates that the Plaintiffs have stopped complying with the Court's May 15, 2019, order for monthly status reports since February 10, 2020.

Plaintiffs shall show cause, within 30 days of this date, why this case should not be dismissed for failure to take any steps to prosecute this case.

IT IS SO ORDERED this 26th day of August, 2020.

                                                            ROYCE C. LAMBERTH
                                                            SENIOR U.S. DISTRICT JUDGE